# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | No.  19-CR-3019-LTS |
| vs. | | **ORDER** |
| TRACI LYNN GUTHRIE, | | |
| Defendant. | | |

This matter is before the court on the Supplemental and Substituted Report of Defendant Under Pretrial Supervision (Doc. 22) (the Report).  Defendant Traci Lynn Guthrie appeared at a hearing on June 21, 2019, with counsel Chad Primmer.  The United States was represented by Shawn Wehde.  Defendant acknowledged she had violated conditions of release, and both parties made arguments about whether the prior order of pretrial release (Doc. 14) should be modified or revoked.

A defendant who violates pretrial release conditions "is subject to a revocation of release, an order of detention, and a prosecution for contempt of court."  18 U.S.C. § 3148(a).  A court must enter an order of revocation and detention if it finds, by clear and convincing evidence, that the defendant violated a condition of release and that there are no conditions or combination of conditions that will reasonably assure the defendant's appearance and the safety of the community, or that the defendant is unlikely to abide by conditions of release.  18 U.S.C. § 3148(b)(1)(B).

I find, based on Defendant Guthrie's admissions, that she violated the following conditions of pretrial release (referenced by the alleged violation numbers contained in the Report):

1. **Special Condition 3A:**  Use and/or possession of a controlled substance on or about (a) May 22, 2019, and (2) June 10, 2019;

2. **Special Condition 6A:** Failure to participate in substance abuse treatment on (d) May 28, 2019, and (e) June 7, 2019; and

3. **Special Condition 5A:** Failure to maintain employment.

I do not find Defendant committed the additional violations of failing to participate in substance abuse treatment alleged in the Report (Violations 2(a) on May 13, 2019; 2(b) on May 14, 2019; and 2(c) on May 21, 2019).

After considering the founded violations, arguments from counsel, and the available conditions of release under the Bail Reform Act, I find there continue to be conditions of release that will assure Defendant's appearance and the safety of the community.

IT IS ORDERED the prior conditions of release (Doc. 14) shall be modified to include a requirement for a third-party custodian. A modified appearance bond and order setting conditions of release will be filed separately.

**IT IS SO ORDERED** this 21st day of June, 2019.

Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa